■ SANDRA H. SCHAUMBER, Respondent, v. GERARD D. SCHAUMBER, Appellant.— In an action by a wife for a separation, the defendant husband appeals from an order of the Supreme Court, Westchester County, dated January 9, 1961, awarding the plaintiff wife alimony *pendente lite* in the sum of $50 per week and counsel fee in the sum of $750. Order modified by reducing the amount of the alimony to $35 per week and the allowance of counsel fee to the sum of $300; one half of such fee to be payable within five days after entry of the order to be entered hereon, and the balance to be payable when the case appears on the Ready Day Calendar for trial, with leave to apply to the trial court for a further allowance. As so modified, order affirmed, without costs. Under the circumstances disclosed by this record the allowances were excessive. However our award of temporary alimony and counsel fee based on affidavits should have no effect on the trial court in its determination as to the amounts to be awarded based on all the facts as developed at the trial (*Goldberg* v. *Goldberg*, 4 A D 2d 884; *Hall* v. *Hall*, 10 A D 2d 886; *Vecchiarello* v. *Vecchiarello*, 10 A D 2d 890). Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ.. concur.

## (April 13, 1961)

■ In the Matter of the Construction of the Will of SOLOMON I. SUDMAN, Deceased. ISRAEL H. SUDMAN, Appellant; LEON KAHAN et al., as Executors of SOLOMON I. SUDMAN, Deceased, et al., Respondents.— Oral motion to dismiss appeal, made on the calendar call, granted; appeal dismissed, the appellant having failed to comply with an order of this court, dated February 6, 1961, requiring him to perfect his appeal for the April 1961 Term. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ REMOLD REALTY, INC., Plaintiff, v. KENSICO ACRES, INC., et al., Defendants. MAMARONECK LUMBER CO., INC., Appellant, v. FRANK D. AMENDOLA et al., Respondents.— Motion by respondent United States of America to dismiss appeal, denied. Motion by appellant to dispense with printing of the minutes, granted; original typewritten minutes to be submitted on argument of the appeal. Motion by appellant to extend its time to perfect the appeal, granted; time extended to the June Term, beginning May 22, 1961. Nolan, P. J., Beldock, Kleinfeld, Christ and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS CLAYMAN, Appellant.— Motion for reargument granted. On reargument the decision of this court, dated February 14, 1961 (12 A D 2d 961), is amended to read as follows: "Appeal by defendant from a judgment of the County Court, Suffolk County, rendered January 29, 1960, after a jury trial, convicting him on two counts of receiving stolen goods, as a felony (Penal Law, § 1308, subd. 1, par. a), and sentencing him to serve one and one-half to five years on the first count, and suspending sentence on the second count. Judgment modified on the facts by suspending execution of the sentence on the first count. As so modified, the judgment is affirmed." Under all the circumstances, and since the District Attorney does not object, it is our opinion that the cause of justice will be served best by suspending execution of the sentence. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.